ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta
AUG 23 2022
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTIE DEBRAH | Criminal Indictment<br><br>No. 1:22CR0308 |

THE GRAND JURY CHARGES THAT:

## Count 1
## (Conspiracy to Commit Bank Fraud)

1. Beginning on a date unknown, but from at least in or about December 2019, and continuing through in or about February 2020, in the Northern District of Georgia, the defendant, CHRISTIE DEBRAH, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with Johnny Coleson and others known and unknown to the Grand Jury to commit bank fraud, that is, to knowingly execute and attempt to execute a scheme and artifice to defraud JPMorgan Chase Bank, N.A., d/b/a Chase Bank, a financial institution the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain and attempt to obtain moneys, funds, credits, assets, and other properties owned by and under the custody and control of Chase Bank, by means of materially false and fraudulent pretenses, representations, and promises, as well as by omission of material facts, in violation of Title 18, United States Code, Section 1344.

## Manner and Means

2. Defendant DEBRAH was a supervisor at Chase Bank. In that role, she had access to accounts and account information for customers of the bank, including account holders' names, account numbers, and account balances. She supervised bank tellers and facilitated bank transactions at various Chase Bank branches.

3. Defendant DEBRAH provided bank information relating to Chase Bank accounts to Johnny Coleson, without the knowledge and consent of the victim account holders. Defendant DEBRAH provided the information to Coleson, with the intent to defraud, for Coleson to use the information fraudulently to withdraw money from victims' Chase Bank accounts. Defendant DEBRAH worked with Coleson and certain Chase Bank tellers to facilitate the fraudulent withdrawals.

4. Using the information obtained, Coleson visited the selected Chase Bank branches, fraudulently used information belonging to true account holders, and conducted unauthorized banking transactions purportedly as the true account holders. These unauthorized transactions included withdrawals of cash from the targeted Chase Bank accounts. Coleson used the names of authorized account holders on withdrawal slips to withdraw the cash.

5. As part of the conspiracy, Coleson withdrew money from the targeted accounts, without the knowledge and consent of the true account holders. Coleson fraudulently withdrew over $200,000 in furtherance of the conspiracy.

6. Defendant DEBRAH, Coleson, and certain Chase Bank tellers split the fraudulent proceeds that were obtained as part of the conspiracy.

All in violation of Title 18, United States Code, Section 1349.

## Counts 2 through 26
## (Bank Fraud)

7. The Grand Jury re-alleges and incorporates by reference paragraphs 2 through 6 of this Indictment as if fully set forth herein.

8. Beginning on a date unknown, but from at least in or about December 2019, and continuing through in or about February 2020, in the Northern District of Georgia, the defendant, CHRISTIE DEBRAH, and Johnny Coleson, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly execute and attempt to execute a scheme and artifice to defraud JPMorgan Chase Bank, N.A., d/b/a Chase Bank, a financial institution the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain and attempt to obtain moneys, funds, credits, assets, and other properties owned by and under the custody and control of Chase Bank, by means of materially false and fraudulent pretenses, representations, and promises, as well as by omission of material facts.

### Execution of Scheme to Defraud

9. On or about each date listed below, in the Northern District of Georgia, for the purpose of executing the scheme and artifice to defraud and to obtain money under the custody and control of Chase Bank, defendant DEBRAH and Coleson,

aided and abetted by each other and others known and unknown to the Grand Jury, with the intent to defraud, withdrew funds in the amounts listed below, from the Chase Bank accounts held by the account holders listed below:

| COUNT | DATE | AMOUNT | ACCOUNT HOLDER |
|---|---|---|---|
| 2 | 12/26/2019 | $9,800 | Delta Air Lines, Inc. |
| 3 | 12/27/2019 | $9,500 | Delta Air Lines, Inc. |
| 4 | 12/27/2019 | $9,800 | Delta Air Lines, Inc. |
| 5 | 12/28/2019 | $9,800 | Delta Air Lines, Inc. |
| 6 | 12/30/2019 | $9,600 | Delta Air Lines, Inc. |
| 7 | 12/30/2019 | $8,000 | Delta Air Lines, Inc. |
| 8 | 12/31/2019 | $7,000 | Delta Air Lines, Inc. |
| 9 | 12/31/2019 | $5,000 | Delta Air Lines, Inc. |
| 10 | 1/6/2020 | $7,000 | Delta Air Lines, Inc. |
| 11 | 1/6/2020 | $5,000 | Delta Air Lines, Inc. |
| 12 | 1/8/2020 | $9,800 | Delta Air Lines, Inc. |
| 13 | 1/27/2020 | $8,000 | Delta Air Lines, Inc. |
| 14 | 1/31/2020 | $9,000 | Delta Air Lines, Inc. |
| 15 | 2/18/2020 | $9,800 | Delta Air Lines, Inc. |
| 16 | 2/19/2020 | $9,800 | Delta Air Lines, Inc. |
| 17 | 2/20/2020 | $10,000 | Delta Air Lines, Inc. |
| 18 | 2/22/2020 | $10,000 | Delta Air Lines, Inc. |

| COUNT | DATE | AMOUNT | ACCOUNT HOLDER |
|---|---|---|---|
| 19 | 2/19/2020 | $10,000 | S.I. |
| 20 | 2/20/2020 | $9,800 | ADP Client Trust |
| 21 | 2/22/2020 | $10,000 | ADP Client Trust |
| 22 | 12/28/2019 | $6,500 | M.B. #1 |
| 23 | 12/28/2019 | $9,600 | M.B. #1 |
| 24 | 12/21/2019 | $6,000 | J.M. |
| 25 | 12/21/2019 | $3,000 | J.M. |
| 26 | 12/23/2019 | $8,800 | J.M. |

All in violation of Title 18, United States Code, Section 1344 and Section 2.

### Counts 27 through 51
### (Aggravated Identity Theft)

10. The Grand Jury re-alleges and incorporates by reference paragraphs 2 through 6 and 9 of this Indictment as if fully set forth herein.

11. On or about each date listed below, in the Northern District of Georgia, the defendant, CHRISTIE DEBRAH, and Johnny Coleson, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly possess and use, without lawful authority, a means of identification of another person, that person being identified below, during and in relation to committing the felony violation of bank fraud identified below:

5

| COUNT | DATE | RELATED COUNT | INDIVIDUAL VICTIM |
|---|---|---|---|
| 27 | 12/26/2019 | Count 2 | A.N. |
| 28 | 12/27/2019 | Count 3 | A.N. |
| 29 | 12/27/2019 | Count 4 | A.N. |
| 30 | 12/28/2019 | Count 5 | A.N. |
| 31 | 12/30/2019 | Count 6 | A.N. |
| 32 | 12/30/2019 | Count 7 | A.N. |
| 33 | 12/31/2019 | Count 8 | A.N. |
| 34 | 12/31/2019 | Count 9 | A.N. |
| 35 | 1/6/2020 | Count 10 | A.N. |
| 36 | 1/6/2020 | Count 11 | A.N. |
| 37 | 1/8/2020 | Count 12 | A.N. |
| 38 | 1/27/2020 | Count 13 | A.N. |
| 39 | 1/31/2020 | Count 14 | A.N. |
| 40 | 2/18/2020 | Count 15 | A.N. |
| 41 | 2/19/2020 | Count 16 | A.N. |
| 42 | 2/20/2020 | Count 17 | C.B. |
| 43 | 2/22/2020 | Count 18 | C.B. |
| 44 | 2/19/2020 | Count 19 | S.I. |
| 45 | 2/20/2020 | Count 20 | M.B. #2 |
| 46 | 2/22/2020 | Count 21 | M.B. #2 |

| COUNT | DATE | RELATED COUNT | INDIVIDUAL VICTIM |
|---|---|---|---|
| 47 | 12/28/2019 | Count 22 | M.B. #1 |
| 48 | 12/28/2019 | Count 23 | M.B. #1 |
| 49 | 12/21/2019 | Count 24 | J.M. |
| 50 | 12/21/2019 | Count 25 | J.M. |
| 51 | 12/23/2019 | Count 26 | J.M. |

All in violation of Title 18, United States Code, Section 1028A(a)(1) and Section 2.

**Forfeiture Provision**

12. Upon conviction of the conspiracy and bank fraud offenses alleged in Counts 1 through 26, the defendant, CHRISTIE DEBRAH, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(2) any property, real or personal, which constitutes or is derived from proceeds obtained, directly or indirectly, as the result of the offenses, including but not limited to a sum of money representing the amount of proceeds obtained as a result of the offenses.

13. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

A  _/s/ Rue_  BILL

_/s/ Danielle Eckler_
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

_/s/ S.H. McC._

STEPHEN H. MCCLAIN
*Assistant United States Attorney*
Georgia Bar No. 143186

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181